UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re VALVE CORPORATION<br>--------------------------------------------------------<br>ELECTRONIC SCRIPTING PRODUCTS, INC.,<br><br>        Plaintiff,<br><br>      v.<br><br>HTC AMERICA INC.,<br><br>        Defendant. | Cause No. MC21-0088RSL<br><br>ORDER |

    On July 29, 2021, Valve Corporation filed a motion to quash and for protective order regarding a third-party deposition and document subpoena issued by the plaintiff in the underlying matter, Electronic Scripting Products, Inc. ("ESPi"). ESPi opposes the motion to quash on substantive grounds and requests that this matter be transferred to the Northern District of California pursuant to Fed. R. Civ. P. 45(f). In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

    Dated this 5th day of August, 2021.

                                  Robert S. Lasnik
                                  United States District Judge

ORDER - 1